JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 446 -- In re Titan II Missile Accident Near Rock, Kansas, on August 24, 1978

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/10/15 | 1 | MOTION, BRIEF, SCHEDULE A AND CERT. OF SVC. -- Defts. Fairchild Industries, Inc. and F.S. Division of Fairchild Industries, Inc. SUGGESTED TRANSFEREE DISTRICT: District of Kansas SUGGESTED TRANSFEREE JUDGE: (ds) |
| 80/10/20 | | AMENDED SCHEDULE A to include complete captions of Southern Texas actions and correction on A-11 Schedule A. (ds) |
| 80/10/23 | 2 | RESPONSE, BRIEF IN OPPOSITION TO TRANSFER -- pltfs. Hepstall, Thomas & Malinger w/cert. of svc. (ds) |
| 80/10/27 | | APPEARANCES -- Joseph D. Jamail, Esq. for Elisa Hepstall, et al. (A-1), Linda Thomas, et al. (A-2), Carl D. Malinger (A-3); Albert L. Kamas, Esq. for Vanner Funderburk (A-4), Donna L. Clasen (A-5, A-6), Ray E. Williard (A-7), Robert D. Weaver (A-8), Jean D. Weaver (A-9), James H. Clasen (A-10), Donnie L. Smith (A-11), Bobbie F. Oliphant (A-12); James F. Craig (A-13), Katheryn Haworth (A-14), Marjorie Haworth (A-15), Bryan Hsiang (A-16), Keith E. Matthews (A-17), Allen H. Longstaff (A-18), Kenneth L. Keller (A-19), Patrick Griffith (A-20), Bruce W. Hoffman (A-21), Michael W. Yardley (A-22), Nelson W. Schock (A-23), Wesley K. Stone (A-24), Glen H. Wessel (A-25), Walter E. Ward (A-26), Ethan E. Holcomb (A-27), Genevieve M. Denney (A-28), Ray Linthicum (A-29), Howard L. Higgins (A-30), Catherine L. Meyer (A-31), Jack R. Meyer (A-32), William H. Kendrick (A-33), Deon Higgins (A-34), Tammy Ferguson (A-35), Danny Ferguson (A-36), Robby Ferguson (A-37), Connie J. Wells (A-38), Gary Christopher (A-39); Payne H. Ratner, Jr., Esq. for Martin Marietta Corporation (defts.); Larry F. York, Esq. for Arrowhead Products, a Division of Federal Mogul (defts.); Larry D. Thompson, Esq. for Ralph M. Parsons Company (defts.); Charles W. Harris, Esq. for Hydrodyne, Division of F.P.I., Inc. (defts.); Richard H. Caldwell for The Garrett Corporation (defts.); L.S. Carsey, Esq. for Fairchild Industries, Inc. & F.S. Division of Fairchild Industries, Inc. (ds) |
| 80/10/29 | 3 | BRIEF, CERT. OF SVC., AFFIDAVITS I THRU IV -- Deft. Garrett Corp. (ea) |
| 80/10/30 | 4 | RESPONSE, BRIEF AND CERT. OF SVC. -- Ralph M. Parsons Company. (ds) |
| 80/10/30 | 5 | RESPONSE, BRIEF AND CERT. OF SVC. -- Martin Marietta Corporation. (ds) |
| 80/10/31 | 6 | CORRECTED BRIEF, AFFIDAVITS I THRU IV (Pleading No. 3) -- Deft. Garrett Corp. -- w/cert. of serv. (cds) |

JPML FORM 1A - Continuation                                DOCKET ENTRIES -- p. 2

DOCKET NO. 446 -- ~~/Titan II Missile Accident Near Rock, Kansas on 8/24/78~~

| Date | Ref | Pleading Description |
|---|---|---|
| 80/11/03 | 7 | REPLY -- Fairchild Industries, Inc. and F.S. Division of Fairchild Industries, Inc. w/cert of service. (rew) |
| 80/11/03 | 8 | RESPONSE -- Fairchild Industries, Inc. and F. S. Fairchild Industries, Inc. (local counsel) w/cert. of service.(rew) |
| 80/11/05 | | HEARING ORDER -- Setting motion of Fairchild Ind., Inc. and F.S. Div. of Fairchild to transfer A-1 through A-39. Hearing set for West Palm Beach, Fla. on Dec. 9, 1980. Notified counsel, clerks and judges. (rew) |
| 80/11/13 | 9 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE (Pleading No. 10) -- U.S.A. -- ACCEPTED FOR FILING (emh) |
| 80/11/13 | 10 | RESPONSE/MEMORANDUM -- U.S.A. -- w/Exhibits and cert. of service (emh) |
| 80/11/14 | 11 | LETTER -- Arrowhead Products, a division of Federal Mogul signed by Mr. York (emh) |
| 80/11/14 | 12 | RESPONSE/BRIEF -- Pltfs. Hepstall, Thomas and Malinger -- w/Appendix A thru G and cert. of svc. (emh) |
| 80/11/17 | 13 | RESPONSE/BRIEF -- All Pltfs. in A-4 thru A-39 signed by Albert L. Kamas -- w/cert. of svc. (emh) |
| 80/12/05 | | NOTICE OF HEARING APPEARANCE: L. S. CARSEY, ESQ. FOR Fairchild Ind., Inc., F.S. Div. of Fairchild Ind., Inc.; PAYNE H. RATNER, JR., ESQ. FOR Martin Marietta; RICHARD H. CALDWELL, ESQ. FOR The Garrett Corp.; LARRY D. THOMPSON, ESQ. FOR Ralph M. Parsons Co.; LARRY F. YORK, ESQ. FOR Arrowhead Products Div. of Federal-Mogul Corp.; JOSEPH D. JAMAIL, ESQ. FOR Elisa Hepstall, et al; ALBERT L. KAMAS, ESQ. FOR Connie J. Wells, et al.; and PHYLLIS JACKSON PYLES, ESQ. FOR U.S.A.(cds) |
| 80/12/30 | | ORDER DENYING TRANSFER (of A-1 thru A-39) pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 446 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 12/9/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/30/80 | MO (Denied) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 446 -- In re Titan II Missile Accident Near Rock, Kansas, on August 24, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Elisa Hepstall, Widow, et al., v. Arrowhead Products, et al. | S.D.Tex. Seals | H-79-308 | | | | |
| A-2 | Linda Thomas, et al. v. Arrowhead Products, et al. | S.D.Tex. Seals | H-79-309 | | | | |
| A-3 | Carl D. Malinger v. Arrowhead Products, et al. | S.D.Tex. Seals | H-79-310 | | | | |
| A-4 | Vanner G. Funderburk v. U.S.A., et al. | D.Kansas Kelly | 80-1635 | | | | |
| A-5 | Donna K. Clasen v. U.S.A., et al. | D.Kansas Kelly | 80-1636 | | | | |
| A-6 | Donna K. Clasen v. U.S.A., et al. | D.Kansas Kelly | 80-1638 | | | | |
| A-7 | Ray E. Williard v. U.S.A., et al. | D.Kansas Kelly | 80-1639 | | | | |
| A-8 | Robert D. Weaver v. U.S.A., et al. | D.Kansas Kelly | 80-1641 | | | | |
| A-9 | Jean D. Weaver v. U.S.A., et al. | D.Kansas Kelly | 80-1642 | | | | |
| A-10 | James H. Clasen v. U.S.A., et al. | D.Kansas Kelly | 80-1644 | | | | |
| A-11 | Donnie L. Smith v. U.S.A., et al. | D.Kansas Kelly | 80-1675 | | | | |
| A-12 | Bobbie F. Oliphant v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1680 | | | | |
| A-13 | James F. Craig v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1711 | | | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-14 | Katheryn Renea Haworth v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1696 | | | | |
| A-15 | Majorie Carol Haworth v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1695 | | | | |
| A-16 | Bryan Hsiang v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1629 | | | | |
| A-17 | Keith E. Matthews v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1628 | | | | |
| A-18 | Allen H. Longstaff v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1627 | | | | |
| A-19 | Kenneth L. Keller v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1626 | | | | |
| A-20 | Patrick J. Griffith v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1625 | | | | |
| A-21 | Bruce W. Hoffman v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1624 | | | | |
| A-22 | Michael W. Yardley v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1623 | | | | |
| A-23 | Nelson W. Schock v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1621 | | | | |
| A-24 | Wesley K. Stone v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1622 | | | | |
| A-25 | Glen H. Wessel v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1637 | | | | |
| A-26 | Walter E. Ward v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1640 | | | | |

DOCKET NO. 446 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-27 | Ethan E. Holcomb v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1643 | | | | |
| A-28 | Genevieve M. Denney v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1648 | | | | |
| A-29 | Ray Linthicun v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1649 | | | | |
| A-30 | Howard L. Higgins v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1650 | | | | |
| A-31 | Catherine L. Meyer v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1651 | | | | |
| A-32 | Jack R. Meyer v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1652 | | | | |
| A-33 | William H. Kendrick v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1653 | | | | |
| A-34 | Deon Higgins v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1654 | | | | |
| A-35 | Tammy J. Ferguson v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1658 | | | | |
| A-36 | Danny H. Ferguson v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1659 | | | | |
| A-37 | Robby B. Ferguson v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1660 | | | | |
| A-38 | Connie J. Wells v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1661 | | | | |
| A-39 | Gary L. Christopher v. Martin Marietta Corp., et al. | D.Kansas Kelly | 80-1676 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 446 -- In re Titan II Missile Accident Near Rock, Kansas on August 24, 1978

ELISA HEPSTALL, ET AL. (A-1)
LINDA THOMAS, ET AL. (A-2)
CARL D. MALINGER (A-3)
Joseph D. Jamail, Esq.
3300 One Allen Center
Houston, Texas 77002

VANNER FUNDERBURK (A-4)
DONNA L. CLASEN (A-5, A-6)
RAY E. WILLIARD (A-7)
ROBERT D. WEAVER (A-8)
JEAN D. WEAVER (A-9)
JAMES H. CLASEN (A-10)
DONNIE L. SMITH (A-11)
BOBBIE F. OLIPHANT (A-12)
JAMES F. CRAIG (A-13)
KATHERYN HAWORTH (A-14)
MARJORIE HAWORTH (A-15)
BRYAN HSIANG (A-16)
KEITH E. MATTHEWS (A-17)
ALLEN H. LONGSTAFF (A-18)
KENNETH L. KELLER (A-19)
PATRICK GRIFFITH (A-20)
BRUCE W. HOFFMAN (A-21)
MICHAEL W. YARDLEY (A-22)
NELSON W. SCHOCK (A-23)
WESLEY K. STONE (A-24)
GLEN H. WESSEL (A-25)
WALTER E. WARD (A-26)
ETHAN E. HOLCOMB (A-27)
GENEVIEVE M. DENNEY (A-28)
RAY LINTHICUM (A-29)
HOWARD L. HIGGINS (A-30)
CATHERINE L. MEYER (A-31)
JACK R. MEYER (A-32)
WILLIAM H. KENDRICK (A-33)
DEON HIGGINS (A-34)
TAMMY FERGUSON (A-35)
DANNY FERGUSON (A-36)
ROBBY FERGUSON (A-37)
CONNIE J. WELLS (A-38)
   (continued in next column)

GARY CHRISTOPHER (A-39)
Albert L. Kamas, Esq.
Render & Kamas
612 Douglas Building
Wichita, Kansas 67202

MARTIN MARIETTA CORPORATION
Payne H. Ratner, Jr.
444 North Market, Box 306
Wichita, Kansas 67201

ARROWHEAD PRODUCTS, A DIVISION OF
FEDERAL MOGUL
Larry F. York, Esq.
Baker & Botts
One Shell Plaza
Houston, Texas 77002

RALPH M. PARSONS COMPANY
Larry D. Thompson, Esq.
Lorance & Thompson
303 Jackson Hill, Suite 300
Houston, Texas 77007

FAIRCHILD INDUSTRIES, INC.
F.S. DIVISION OF FAIRCHILD INDUSTRIES, INC.
L.S. Carsey, Esq.
Fulbright & Jaworski
800 Bank of the Southwest Building
Houston, Texas 77002

THE GARRETT CORPORATION
Richard H. Caldwell, Esq.
1100 Esperson Building
Houston, Texas 77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. _____ -- _____

| | |
|---|---|
| ~~HYDRODYNE, DIVISION OF F.P.I., INC.~~<br>~~Charles W. Harris, Esq.~~<br>~~800 First National Bank Building~~<br>~~Wichita, Kansas 67202~~<br><br>THE UNITED STATES OF AMERICA<br>Phyllis Jackson Pyles<br>Torts Branch, Civil Division<br>U. S. Department of Justice<br>Room 846, 521-12th Street, N.W.<br>Washington, D. C. 20530<br><br>PAUL HARDEMAN, INC.<br>    (No Appearance rec'd)<br>Paul Hardeman, Inc. *corresp.*<br>10579 Dale Avenue *returned*<br>Stanton, California | |

JPML FORM 3

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __446__ -- In re Titan II Missile Accident Near Rock, Kansas on August 24, 1978

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States of America | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, |
| Martin Marietta Corp. | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, A-1, A-2, A-3, |
| Fairchild Industries, Inc. | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, A-1, A-2, A-3, |
| F.S. Division of Fairchild Industries, Inc. | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, A-1, A-2, A-3, |
| Ralph M. Parsons Company | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, A-18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, A-1, A-2, A-3, |
| Arrowhead Products, Division of Federal Mogul Corporation (Visirex, Inc.) | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, A-1, A-2, A-3 |
| The Garret Corporation | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, A-1, A-2, A-3, |
| Paul Hardeman, Inc. | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, A-1, A-2, A-3 |
| Hydrodyme, Division of F.P.I., Inc. | A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14, A-15, A-16, A-17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39 |