JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 30 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

12/30/80

DOCKET NO. 446

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TITAN II MISSILE ACCIDENT NEAR ROCK, KANSAS, ON AUGUST 24, 1978

ORDER DENYING TRANSFER

The Panel ruled from the bench at the hearing on this matter that while the actions in this litigation share questions of fact, transfer of these actions to a single district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings would not serve the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-446 -- In re Titan II Missile Accident Near Rock, Kansas, on August 24, 1978

### Southern District of Texas

Elisa Hepstall, Widow, et al. v. Arrowhead Products, et al., C.A. No. H-79-308

Linda Thomas, et al. v. Arrowhead Products, et al., C.A. No. H-79-309

Carl D. Malinger v. Arrowhead Products, et al., C.A. No. H-79-310

### District of Kansas

Vanner G. Funderburk v. U.S.A., et al., C.A. No. 80-1635

Donna K. Clasen v. U.S.A., et al., C.A. No. 80-1636

Donna K. Clasen v. U.S.A., et al., C.A. No. 80-1638

Ray E. Willard v. U.S.A., et al., C.A. No. 80-1639

Robert D. Weaver v. U.S.A., et al., C.A. No. 80-1641

Jean D. Weaver v. U.S.A., et al., C.A. No. 80-1642

James H. Clasen v. U.S.A., et al., C.A. No. 80-1644

Donnie L. Smith v. U.S.A., et al., C.A. No. 80-1625

Bobbie F. Oliphant v. Martin Marietta Corp., et al., C.A. No. 80-1680

James F. Craig v. Martin Marietta Corp., et al., C.A. No. 80-1711

Katheryn Renea Haworth v. Martin Marietta Corp., et al., C.A. No. 80-1696

Marjorie Carol Haworth v. Martin Marietta Corp., et al., C.A. No. 80-1695

Bryan Hsiang v. Martin Marietta Corp., et al., C.A. No. 80-1629

Keith E. Matthews v. Martin Marietta Corp., et al., C.A. No. 80-1628

Allen H. Longstaff v. Martin Marietta Corp., et al., C.A. No. 80-1627

Kenneth L. Keller v. Martin Marietta Corp., et al., C.A. No. 80-1626

Patrick J. Griffith v. Martin Marietta Corp., et al., C.A. No. 80-1625

Bruce W. Hoffman v. Martin Marietta Corp., et al., C.A. No. 80-1624

Michael W. Yardley v. Martin Marietta Corp., et al., C.A. No. 80-1623

Nelson W. Schock v. Martin Marietta Corp., et al., C.A. No. 80-1621

Wesley K. Stone v. Martin Marietta Corp., et al., C.A. No. 80-1622

Glen H. Wessel v. Martin Marietta Corp., et al., C.A. No. 80-1637

Walter E. Ward v. Martin Marietta Corp., et al., C.A. No. 80-1640

MDL-446 (Continued)

### District of Kansas (Continued)

<u>Ethan E. Holcomb v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1643
<u>Genevieve M. Denney v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1648
<u>Ray Linthicun v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1649
<u>Howard L. Higgins v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1650
<u>Catherine L. Meyer v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1651
<u>Jack R. Meyer v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1652
<u>William H. Kendrick v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1653
<u>Deon Higgins v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1654
<u>Tammy J. Ferguson v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1658
<u>Danny H. Ferguson v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1659
<u>Robby B. Ferguson v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1660
<u>Connie J. Wells v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1661
<u>Gary L. Christopher v. Martin Marietta Corp., et al.</u>,
   C.A. No. 80-1676